UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                Plaintiff,

-against-

ROBERT COURLEONE (N.Y.P.D.);
ROBERT COURLEONE (GAY); ROBERT
SANCHEZ (FATHER),

                Defendants.

20-CV-1059 (CM)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

On January 10, 2020, the Court ordered Plaintiff to show cause why he should not be barred as of that date, from filing any further actions in this Court *in forma pauperis* (IFP) without first obtaining permission from this Court to file his complaint. *See Calvino v. Fauto L.*, ECF 1:19-CV-11958, 4 (S.D.N.Y. Jan. 10, 2020). Plaintiff did not respond to the order, and on February 11, 2020, the Court barred him, as of January 10, 2020, from filing any new action IFP without first obtaining from the Court leave to file. *See* ECF 1:19-CV-11958, 5.

On February 6, 2020, Plaintiff filed this new *pro se* case, seeking IFP status. But he has not sought leave from the Court to file this action. The action is therefore dismissed without prejudice for Plaintiff's failure to comply with the February 11, 2020 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this

order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: February 14, 2020
   New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge