UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO JR.,<br><br>                          Plaintiff,<br><br>              -against-<br><br>ROBERT COURLEONE (N.Y.P.D.);<br>ROBERT COURLEONE (GAY); ROBERT<br>SANCHEZ (FATHER),<br><br>                        Defendants. | 20-CV-1059 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 14, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the February 11, 2020 order in *Calvino v. Fauto L.*, ECF 1:19-CV-11958, 5 (S.D.N.Y. Feb. 11, 2020), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 14, 2020
             New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge